UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62754-CIV-DIMITROULEAS

THOMAS CHAPMAN,

    Plaintiff,

v.

COMMERCIAL DINER, LLC, a
Florida Limited Liability Company
d/b/a BURGERS AND SUDS and
CURTIS C. DECKMAN, individually,

    Defendants.

_____/

### ORDER APPROVING SETTLEMENT AGREEMENT; DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the Motion for Court Approval of Settlement Agreement and Stipulation for Dismissal with Prejudice [DE 13], filed herein on February 16, 2017. The Court has carefully considered the Motion to Approve Settlement and the attached Settlement Agreement [DE 13-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     The Motion to Approve Settlement [DE 13] is **GRANTED**;

2.     The parties' Settlement Agreement is hereby **APPROVED**;

3.     This case is **DISMISSED** with prejudice;

4.   The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED**, in Chambers, at Fort Lauderdale, Broward County, Florida, this 17th day of February, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record